UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

KEITH ALLEN MORTON,

        Petitioner,

v.

J.E. THOMAS, Warden, FCI Sheriden,

        Respondent.

CV 09-53-PK

OPINION AND ORDER

REDDEN, Judge:

On August 14, 2009, Magistrate Judge Paul Papak filed his Findings and Recommendation (doc. 14) that the court deny Petitioner Keith Allen Morton's pro se Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (doc. 2), and enter judgment dismissing this case without prejudice.

The matter is now before me. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(b). Neither party timely filed objections. This relieves me of my obligation to review Magistrate Judge Papak's factual findings de novo. See 28 U.S.C. § 636(b)(1)(C); Simpson v. Lear

PAGE 1 - OPINION AND ORDER

Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996).  Having reviewed the legal principles de novo, I find no error.

      Accordingly, I ADOPT magistrate Judge Papak's's Findings and Recommendation (doc. 14) as my own opinion.  Morton's pro se Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (doc. 2) is DENIED, without prejudice.

      IT IS SO ORDERED.

      DATED this  4th  day of September, 2009.

                                     /s/ James A. Redden  
                                       James A. Redden  
                                   United States District Judge